Debtor(s): **Omri Z. Kleinberger**

Case No.:

Chapter: 7

# DEBTOR'S STATEMENT REGARDING FAILURE TO SUBMIT PAYMENT ADVICES, BANK ACCOUNT STATEMENTS AND/OR TAX RETURNS TO TRUSTEE

**Under penalty of perjury**, the undersigned makes this statement regarding the failure to submit to the trustee or file with the Court certain documents required under the Bankruptcy Code and Rules. I understand that failure to submit the required documents may result in dismissal of my case.

*Payment Advices* (or other evidence of payment such as wage statements, pay stubs, etc.)
☑ I understand that I am required to submit to the trustee copies of all payment advices or other evidence of payment from my employer received within 60 days before the date of filing my bankruptcy petition. I have not done so because:
 ☐ I was not employed during the following dates before filing my petition: _____ to _____.
 ☐ I was employed but have not received any payment advices or other evidence of payment from my employer during the 60-day period before filing my petition.
 ☐ I am self-employed and do not receive any evidence of payment from an employer.
 ☑ Other reason [Attach explanation if more space needed]:
 Employed started 6/18/10 - no pay stubs available

*Bank Accounts, Mutual Funds, Brokerage Accounts & Pensions*
☐ I understand that I am required to submit to the trustee bank or other accounts at the time of filing. I have not done so because:
 ☐ I did not have any bank accounts at the time of filing of my petition.

*Federal Income Tax Return or Transcript of Return*
☐ I understand that I am required to submit to the trustee a copy of my federal tax return, or a transcript of such return, for the most recent tax year ending immediately before the date of filing my bankruptcy petition and for which a tax return was filed. I have not done so because:
**(CHAPTER 7 ONLY)**
 ☐ I had insufficient gross income to require the filing of a federal income tax return for: Tax Year(s): _____ Most Recent annual income: $ _____
 ☐ Other reason [Attach explanation if more space needed]:

**(CHAPTER 13 ONLY)**
 ☐ Have not provided tax returns for the years _____ to _____ for the following reason: [Attach explanation if more space needed]:

DATE: 6/25/10

_____
Signature of Debtor

_____
Signature of Joint Debtor